

U.S. Department of Justice

United States Attorney
Eastern District of New York

JD:GKS
F. #2016R00088

271 Cadman Plaza East
Brooklyn, New York 11201

February 13, 2017

By ECF and Hand

Officer Kristen Ann Bossack
United States Probation Department
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201

> Re: United States v. Adene Reid
> Criminal Docket No. 16-50 (DLI)

Dear Officer Bossack:

The government respectfully submits the following factual objections to the Presentence Investigation Report ("PSR") dated February 1, 2017.

- ¶ 2 – The PSR indicates that the government will seek forfeiture. The government, however, will not seek forfeiture per the plea agreement in this case.

- ¶ 3-4 – The PSR indicates that the defendant Adene Reid and co-defendant Charles Thomas walked into an AT&T Store located at 1169 Liberty Avenue in Brooklyn, NY on January 18, 2016 for purposes of robbing the store. The evidence, however, indicates that defendant Reid and an unknown co-conspirator walked into the AT&T Store and proceeded to rob the store. The evidence further indicates that co-defendant Charles Thomas' role in the robbery was to drive the getaway vehicle from the scene. The government therefore respectfully requests that the PSR be amended to reflect: (1) the participation of three individuals overall in the

robbery; and (2) the fact that defendant Reid was physically in the AT&T store with an unknown co-conspirator.

>
> Very truly yours,
>
> ROBERT L. CAPERS
> United States Attorney
>
> By:   /s/ G. Karthik Srinivasan
> G. Karthik Srinivasan
> Assistant U.S. Attorney
> (718) 254-6013

cc: Clerk of Court (DLI) (by ECF and Hand)
 Alan Seidler, Esq. (by ECF)